...

Case 2:10-cr-00284-MCE   Document 13   Filed 07/07/10   Page 1 of 1

**FILED**
July 7, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff, )
v. )
CUONG THOI LONG, )
        Defendant. )

Case No. MAG. 10-0188-GGH

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CUONG THOI LONG, Case No. MAG. 10-0188-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00.

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07-07-10 at 2:31 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge