1  MARK J. REICHEL, Bar #155034
   REICHEL & PLESSER L.L.P.
2  Attorneys At Law
   455 Capitol Mall, 3rd Floor, Suite 350
3  Sacramento, California  95814
   Telephone: (916) 498-9258
4  Fax:       (916) 441-6553
   mark@reichellaw.com
5  www.reichelplesser.com

6  Attorney for Defendant
   CUONG LONG
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    ) Case No. 2:10-cr-00284-MCE
12           Plaintiff,             )
                                    ) STIPULATION TO REMOVE DRUG
13      v.                          ) TESTING AS A CONDITION OF
                                    ) PRETRIAL RELEASE; ORDER THEREON
14 CUONG LONG                       )
                                    ) Date:
15           Defendant.             ) Time:
   _____  ) Judge:   Hon. Morrison C.
16                                              England, Jr.

17
        **IT IS HEREBY STIPULATED** by and between the parties hereto through
18
   their respective counsel, TODD LERAS, Assistant United States Attorney,
19
   attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for
20
   defendant, AT THE REQUEST OF THE PRETRIAL SERVICES OFFICER, that
21
   condition no. 6 of his release shall be removed, no longer requiring
22
   drug testing as a condition of his pretrial release. All other terms of
23
   his pretrial release shall remain in full force and effect. The amended
24
   terms of release are attached hereto.
25

26

27

28 Stipulation and Order

```
DATED: December 5, 2012.        Respectfully submitted,

                                MARK J. REICHEL, ESQ.

                                *Mark J. Reichel*
                                MARK J. REICHEL
                                Attorney for defendant


                                BENJAMIN WAGNER
                                United States Attorney


DATED: December 5, 2012.        /s/MARK J. REICHEL for:
                                TODD LERAS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: December 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**AMENDED Conditions of Release**
**Cuong Thoi Long**
**Docket #2:10-CR-00284-MCE-3**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

7. You shall not associate or have any contact with your co-defendants in this case  unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

8. You shall report any contact with any law enforcement to your pretrial services officer within 24 hours;

9. You shall submit to DNA testing as directed by the United States Attorney's Office;

10. You shall not apply for a passport or any other travel documents during the pendency of this case.

**November 28, 2012**

Stip and Order                                    3