```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:10-cr-00284-MCE |
| Plaintiff, | ) | |
| | ) | GOVERNMENT MOTION TO DISMISS |
| v. | ) | |
| | ) | |
| CUONG THOI LONG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Todd D. Leras, hereby moves to dismiss the charge in the Indictment against defendant Cuong Thoi Long under Rule 48(a) of the Federal Rules of Criminal Procedure.  The government recently learned that Cuong Thoi Long has died.  His death was confirmed via

/ / /

/ / /

/ / /

/ / /

/ / /

certified death certificate obtained from the County of Sacramento on February 25, 2013.  The death certificate indicates that Cuong Thoi Long died as a result of complications from cancer on December 26, 2012.

                              Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: February 26, 2013          /s/ Todd D. Leras
                              TODD D. LERAS
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**<u>ORDER</u>**

Based on the Government's motion, the charge in the Indictment in this matter as to Defendant Cuong Thoi Long is DISMISSED.

IT IS SO ORDERED.

DATED: March 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE